UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 2 4 2004
CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | |
|---|---|
| CORA TALBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:03-CV-2340-G |
| SBC DISABILITY INCOME PLAN, ET AL., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This judgment is entered pursuant to F. R. Civ. P. 58 and the memorandum order of this date. For the reasons stated in that memorandum order, it is **ORDERED** that the plaintiff take nothing from the defendants on her claims in this case and that the defendants recover their costs of court.

**SO ORDERED.**

November 24, 2004.

_____
A. JOE FISH
CHIEF JUDGE